# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WENDELL DWAYNE O'NEAL, ) | |
| Plaintiff(s), ) | Case No. 2:17-cv-02387-KJD-NJK |
| v. ) | **ORDER** |
| DARRELL D. DENISE, et al., ) | (Docket No. 9, 14, 15, 18, and 20) |
| Defendant(s). ) | |

Concurrently herewith, the Court is issuing a report and recommendation that this case be dismissed. In light of that recommendation, the Court **DENIES** without prejudice the motion to consolidate (Docket No. 9), the motion to withdraw (Docket No. 14), the motion for leave to amend (Docket No. 15), the motion to file electronically (Docket No. 18), and the motion for leave to amend (Docket No. 20).

IT IS SO ORDERED.

Dated: January 11, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE