# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WENDELL DWAYNE O'NEAL

    Plaintiff,

v.

DARRELL D. DENISE, et al.,

    Defendants.

Case No. 2:17-cv-02387-KJD-NJK

**ORDER**

    Before the Court for consideration is the Report and Recommendation (#21) of Magistrate Judge Nancy J. Koppe, entered January 11, 2018, recommending that Plaintiff's renewed application to proceed *in forma pauperis* be denied, and the case be dismissed. Plaintiff did not file an objection. The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines the Report and Recommendation (#21) of the United States Magistrate Judge entered January 11, 2018, should be **ADOPTED.**

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#21) entered January 11, 2018, is **ADOPTED**, Plaintiff's renewed application to proceed *in forma pauperis* is **DENIED**, and this case is **DISMISSED**.

    DATED this 27th day of February 2018.

                                                      Kent J. Dawson
                                                      United States District Judge